IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re CARIBBEAN PETROLEUM LP, *et al.* | Bankruptcy Case No. 01-11657 (PJW) |
| HERNAN SERRANO, Trustee Of The Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative,<br><br>Plaintiff,<br>v.<br><br>POPULAR, INC.; POPULAR AUTO; POPULAR LEASING & RENTAL, INC.; POPULAR LEASING, USA; and POPULAR AUTO, INC.,<br><br>Defendants. | Civil Action No. 04-429 SLR |

## NOTICE AND STIPULATION OF
## VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff Hernan Serrano, Trustee Of The Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative; and, defendants, Popular, Inc.; Popular Auto; Popular Leasing & Rental, Inc.; Popular Leasing, USA; and Popular Auto, Inc., hereby stipulate to the voluntary dismissal with prejudice of the *Complaint* (Docket No. 1 in the United States Bankruptcy Court for the District of Delaware, Adversary Case No. 03-60009) (the "Complaint") in the above-captioned action.

13037-001\DOCS_DE:110689.1

The parties stipulate to the dismissal of the Complaint with prejudice because the parties therein have settled the dispute at issue, and each party shall bear its own costs and attorneys fees incurred in the proceeding.

Dated: August 30, 2005

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. | BUCHANAN INGERSOLL P.C. |
|---|---|
| /s/ | /s/ |
| Laura Davis Jones (Bar No. 2436)<br>Bruce Grohsgal (Bar No. 3583)<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400 | Jami B. Nimeroff (Bar No. 4049)<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1110<br>Wilmington, DE 19801-1236<br>Telephone: (302) 428-5500<br>Facsimile: (302) 528-3996 |
| Andrew W. Caine (CA Bar No. 110345)<br>Steven J. Kahn (CA Bar No. 76933)<br>10100 Santa Monica Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760 | |
| Counsel for Plaintiff, Hernan Serrano, Trustee of the Caribbean Petroleum Creditors' Trust | Counsel for Defendants, Popular, Inc.; Popular Auto; Popular Leasing & Rental, Inc.; Popular Leasing, USA; and Popular Auto, Inc. |